**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2401**

---

JAY FOLSE,

        Plaintiff - Appellant,

    v.

JOHN MCCUSKEY, JR., in his individual and official capacities; G. RUSSELL ROLLYSON, JR., in his individual and official capacities; WALLACE LOONEY, in his individual and official capacities; LISA HOPKINS, in her individual and official capacities; STEPHEN CONNOLLY, in his individual and official capacities; MICHAEL NUSBAUM, in his individual and official capacities; KEVIN FOREMAN, in his individual and official capacities,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., Senior District Judge. (2:22-cv-00171)

---

Submitted: July 23, 2026                    Decided: July 27, 2026

---

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jay Folse, Appellant Pro Se. Andrew Wyatt Castillo, CIPRIANI & WERNER PC, Charleston, West Virginia; Christopher Thomas Ferro, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Charleston, West Virginia, for Appellee Wallace

Looney.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay Folse appeals the district court's order adopting the magistrate judge's recommendation to grant Defendants summary judgment in Folse's civil action. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). We have reviewed the district court's order in conjunction with the arguments Folse raises in his informal brief and find no reversible error. Accordingly, we affirm the district court's judgment. *Folse v. McCuskey*, No. 2:22-cv-00171 (S.D. W. Va. Oct. 22, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*